Approved. Case closed.

*s/ Jack Zouhary*
U.S. DISTRICT JUDGE

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| MICHAEL YOUNG<br>1913 Greendale Avenue<br>Findlay, Ohio 45840<br><br>and<br><br>DONNA MIRANDA<br>314 Edith Avenue<br>Findlay, Ohio 45840<br><br>Plaintiffs,<br><br>vs.<br><br>EXEL, INC. d/b/a DHL SUPPLY CHAIN<br>360 Westar Boulevard<br>Westerville, Ohio 43082<br><br>c/o STATUTORY AGENT<br>CT Corporation System<br>4400 Easton Commons Way, Ste. 125<br>Columbus, Ohio 43219<br><br>Defendant. | CASE NO. 3:22-cv-01344<br><br>JUDGE JACK ZOUHARY<br><br>**NOTICE OF VOLUNTARY DISMISSAL** |

Now come MICHAEL YOUNG and DONNA MIRANDA ("Plaintiffs"), pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), by and through counsel, to hereby give notice of the voluntary dismissal of this action without prejudice against Defendant Exel, Inc. Pursuant to Fed. R. Civ. P. 41(a)(1)(A), all claims asserted by Plaintiffs may be dismissed by Plaintiffs without an order from the Court by filing the instant notice of dismissal since the opposing party has neither served an answer nor filed a motion for summary judgment. Furthermore, pursuant to Fed. R.

Civ. P. 41(a)(1)(B), this dismissal is **without prejudice** as Plaintiffs have not dismissed any federal- or state-court action based on or including the same claims asserted in this action.

Date:   August 24, 2022                    Respectfully submitted,

By: /s/ *Jason R. Bristol*
Jason R. Bristol (OH #0072989)
jbristol@crklaw.com
COHEN ROSENTHAL & KRAMER LLP
3208 Clinton Avenue
Cleveland, Ohio 44113
(216) 815-9500 (Tel. and Fax)

/s/ *J.R. Howell*
J.R. Howell (OH #0080926)
jrhowell@jrhlegalstrategies.com
LAW OFFICE OF J.R. HOWELL
1223 Wilshire Boulevard
P.O. Box 543
Santa Monica, CA 90403
Phone: (202) 650-8867

*Attorneys for Plaintiffs*

## CERTIFICATE OF SERVICE

A copy of this Notice of Voluntary Dismissal has been served on Defendant Exel, Inc. via ordinary U.S. Mail on this 24nd day of August 2022.

 /s/ *Jason R. Bristol*